

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00411-CV

**JUNCTION ECONOMIC DEVELOPMENT CORPORATION**,
Appellant

v.

Dale **JOHNSON**,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. DCV-2016-1632
Honorable Robert Hofmann, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  August 2, 2017

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM